**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Stephen E. Horan, SBN 125241
Kevin M. Kreutz, SBN 264654
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SACRAMENTO, JOHN McGINNESS, SANTOS RAMOS, BRAD ROSE, RANDY MOYA, JACQUELINE KLOSS, KEVIN STEED, STEVE WHARTON, TIMOTHY RUIZ, THOMAS LYNN, and CRAIG HARMON
*Public entity exempt from filing fee pursuant to Gov't Code Section 6103*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PRUITT; JOHN PRUITT, JR., a minor, by and through his Guardian Ad Litem, his custodial parent John Pruitt; PHILLIP PRUITT, a minor, by and through his Guardian Ad Litem, his custodial parent John Pruitt; MICHAEL PRUITT, a minor, by and through his Guardian Ad Litem, his custodial parent John Pruitt; ISAIAH PRUITT, a minor, by and through his Guardian Ad Litem, his custodial parent John Pruitt; DARRYL BERG; and DEBRA BERG,<br><br>Plaintiffs,<br>v.<br><br>COUNTY OF SACRAMENTO; Sacramento County Sheriff's Department Sheriff JOHN McGINNESS; Sergeant SANTOS RAMOS; Detective SEAN BERRY; Detective BRAD ROSE; Detective RANDY MOYA; Detective JACQUELINE KLOSS; Detective KEVIN STEED; Detective STEVE WHARTON; Probation Officer TIMOTHY RUIZ; Deputy THOMAS LYNN; Deputy CRAIG HARMON; and DOES 1-100, inclusive,<br><br>Defendants._____/ | Case No.: 2:10-cv-00416-WBS-KJN<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME IN WHICH TO FILE RESPONSE TO FIRST AMENDED COMPLAINT<br>**[F.R.Civ.P. 6; EDCA Rule 144]**<br><br>Complaint filed: 2/18/10<br>First Amended: 5/12/10 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs JOHN PRUITT; JOHN PRUITT, JR., a minor, by and through his Guardian Ad Litem, his custodial parent John Pruitt; PHILLIP PRUITT, a minor, by and through his Guardian Ad Litem, his custodial parent

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

1
**STIPULATION and [PROPOSED] ORDER TO EXTEND TIME IN WHICH TO FILE RESPONSE**
00800674.WPD

1  John Pruitt; MICHAEL PRUITT, a minor, by and through his Guardian Ad Litem, his custodial
2  parent John Pruitt; ISAIAH PRUITT, a minor, by and through his Guardian Ad Litem, his custodial
3  parent John Pruitt; DARRYL BERG; and DEBRA BERG and Defendants COUNTY OF
4  SACRAMENTO; Sacramento County Sheriff's Department Sheriff JOHN McGINNESS; Sergeant
5  SANTOS RAMOS; Detective BRAD ROSE; Detective RANDY MOYA; Detective JACQUELINE
6  KLOSS; Detective KEVIN STEED; Detective STEVE WHARTON; Probation Officer TIMOTHY
7  RUIZ; Deputy THOMAS LYNN; Deputy CRAIG HARMON; by and through their respective
8  counsel, that the time within which the Defendants must file a response to Plaintiffs' First
9  Amended Complaint be extended from July 2, 2010 (Defendant County), July 6, 2010
10  (Defendant WHARTON) and July 9, 2010 (all other Defendants) to and including a new
11  deadline of July 14, 2010.

12  Defendants McGINNESS, RAMOS, ROSE, MOYA, KLOSS, STEED, RUIZ, LYNN and
13  HARMON have not obtained any prior extensions of time within which to file a response to
14  Plaintiffs' complaint.

15  Defendants COUNTY and WHARTON have each separately obtained one prior
16  extension of time within which to file a response. Defendant COUNTY was not represented
17  by counsel with respect to this case when it filed its prior extension. Defendant COUNTY
18  obtained the prior stipulated extension with the assistance of counsel it has historically
19  retained for other matters, but did not retain specifically for this matter. Defendant
20  COUNTY requested the prior stipulation such that it could obtain counsel for this particular
21  matter and, with the assistance of counsel, prepare a response. Defendant WHARTON
22  received a prior stipulation in order to have sufficient time, with the assistance of counsel,
23  to prepare a response, and seeks the Court's approval of this extension to coordinate the
24  deadline for his response with all other Defendants represented by the undersigned counsel.

25
26  ///
27  ///
28  ///

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

2
**STIPULATION and [PROPOSED] ORDER TO EXTEND TIME IN WHICH TO FILE RESPONSE**
00800674.WPD

Respectfully submitted,

Dated: July  1 , 2010        ROSEN, BIEN & GALVAN, LLP

By     /s/ Lisa Ells (*As authorized on 7/1/10)
    Sanford Jay Rosen
    Ernest Galvan
    Lisa Ells
    Attorneys for Plaintiffs JOHN PRUITT; JOHN PRUITT, JR., a minor, by and through his Guardian Ad Litem, his custodial parent John Pruitt; PHILLIP PRUITT, a minor, by and through his Guardian Ad Litem, his custodial parent John Pruitt; MICHAEL PRUITT, a minor, by and through his Guardian Ad Litem, his custodial parent John Pruitt; ISAIAH PRUITT, a minor, by and through his Guardian Ad Litem, his custodial parent John Pruitt; DARRYL BERG; and DEBRA BERG

Dated: July  1 , 2010        PORTER SCOTT
A PROFESSIONAL CORPORATION

By     /s/ Terence J. Cassidy
    Terence J. Cassidy
    Stephen E. Horan
    Kevin M. Kreutz
    Attorneys for Defendants COUNTY OF SACRAMENTO, JOHN McGINNESS, SANTOS RAMOS, BRAD ROSE, RANDY MOYA, JACQUELINE KLOSS, KEVIN STEED, STEVE WHARTON, TIMOTHY RUIZ, THOMAS LYNN, and CRAIG HARMON

**IT IS SO ORDERED.**

Dated: July 2, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**STIPULATION and [PROPOSED] ORDER TO EXTEND TIME IN WHICH TO FILE RESPONSE**

00800674.WPD

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com