```
 1
 2
 3
 4
 5
 6
 7                       UNITED STATES DISTRICT COURT
 8                      EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,
11                  Plaintiff,
12          v.                            CR. NO. S-08-103 LKK
13  JOHN P. PRUITT, et al.,
14                                        O R D E R
                    Defendants.
15  _____/
```

16     The above-captioned case is a closed criminal case, where this
17 court dismissed charges against criminal defendants John Pruitt and
18 Darryl Berg.  The court is in receipt of the John Pruitt, Darryl
19 Berg, and Debra Berg's notice that this case is related to <u>Pruitt,</u>
20 <u>et al., v. County of Sacramento, et al.</u>, 2:10-cv-00416-WBS-KJN. In
21 this case the criminal defendants, John Pruitt and Darryl Berg, and
22 the wife of a criminal defendant, Debra Berg, bring claims as civil
23 plaintiffs against various government entities and law enforcement
24 officers arising out the arrest and prosecution in the criminal
25 matter.
26     After review of the cases, the court concludes that the above

captioned case, 2:08-cr-00103-LKK, is not related 2:10-cv-00416-WBS-KJN within the meaning of Local Rule 123(a), and the court therefore DECLINES to relate the two.

IT IS SO ORDERED.

DATED: February 24, 2010.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT