1 | **PORTER | SCOTT**
A PROFESSIONAL CORPORATION

2 | Terence J. Cassidy, SBN 99180
Stephen E. Horan, SBN 125241

3 | Kevin M. Kreutz, SBN 264654
350 University Ave., Suite 200

4 | Sacramento, California 95825
TEL: 916.929.1481

5 | FAX: 916.927.3706

6 | Attorneys for Defendants COUNTY OF SACRAMENTO, JOHN McGINNESS, SANTOS RAMOS, BRAD ROSE, RANDY MOYA, JACQUELINE KLOSS, KEVIN STEED, STEVE WHARTON,

7 | TIMOTHY RUIZ, THOMAS LYNN, and CRAIG HARMON
*Public entity exempt from filing fee pursuant to Gov't Code Section 6103*

8 |

**UNITED STATES DISTRICT COURT**

9 |

**EASTERN DISTRICT OF CALIFORNIA**

10 |

11 | JOHN PRUITT; JOHN PRUITT, JR., a minor, by and through his Guardian Ad Litem, his

Case No.: 2:10-cv-00416-WBS-KJN

12 | custodial parent John Pruitt; PHILLIP PRUITT, a minor, by and through his

STIPULATION AND ORDER TO EXTEND TIME IN WHICH TO FILE RESPONSE TO SECOND AMENDED COMPLAINT

13 | Guardian Ad Litem, his custodial parent John Pruitt; MICHAEL PRUITT, a minor, by and

14 | through his Guardian Ad Litem, his custodial parent John Pruitt; ISAIAH PRUITT, a minor,

**[F.R.Civ.P. 6; EDCA Rule 144]**

15 | by and through his Guardian Ad Litem, his custodial parent John Pruitt; DARRYL BERG,

16 |

Complaint filed: 2/18/10
First Amended: 5/4/10

Plaintiffs,

Second Amended: 10/4/10

17 | v.

18 | COUNTY OF SACRAMENTO; Sacramento County Sheriff's Department Sheriff JOHN

19 | McGINNESS; Sergeant SANTOS RAMOS; Detective SEAN BERRY; Detective BRAD

20 | ROSE; Detective RANDY MOYA; Detective JACQUELINE KLOSS; Detective KEVIN

21 | STEED; Detective STEVE WHARTON; Probation Officer TIMOTHY RUIZ; Deputy

22 | THOMAS LYNN; Deputy CRAIG HARMON; and DOES 1-100, inclusive,

23 |

Defendants.

24 | _____/

25 |

26 |     IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs JOHN

27 | PRUITT; JOHN PRUITT, JR., a minor, by and through his Guardian Ad Litem, his custodial parent

28 | John Pruitt; PHILLIP PRUITT, a minor, by and through his Guardian Ad Litem, his custodial parent

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

1

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME IN WHICH TO FILE RESPONSE
00835070.WPD

1  John Pruitt; MICHAEL PRUITT, a minor, by and through his Guardian Ad Litem, his custodial

2  parent John Pruitt; ISAIAH PRUITT, a minor, by and through his Guardian Ad Litem, his custodial

3  parent John Pruitt; DARRYL BERG, and Defendants COUNTY OF SACRAMENTO; Sacramento

4  County Sheriff's Department Sheriff JOHN McGINNESS; Sergeant SANTOS RAMOS; Detective

5  SEAN BERRY; Detective BRAD ROSE; Detective RANDY MOYA; Detective JACQUELINE

6  KLOSS; Detective KEVIN STEED; Detective STEVE WHARTON; Probation Officer TIMOTHY

7  RUIZ; Deputy THOMAS LYNN; Deputy CRAIG HARMON (collectively "Defendants"); by and

8  through their respective counsel, that the time within which all Defendants must file a

9  response to Plaintiffs' Second Amended Complaint be extended from October 21, 2010 to

10  and including a new deadline of October 28, 2010.

11      Defendants COUNTY and WHARTON have obtained two prior extensions of time

12  within which to file a response to Plaintiff's prior pleadings. Defendants McGINNESS,

13  RAMOS, ROSE, MOYA, KLOSS, STEED, RUIZ, LYNN and  HARMON have obtained one

14  prior extension of time within which to file a response to Plaintiffs' First Amended

15  Complaint.  Defendant BERRY has never requested or obtained an extension to respond to

16  Plaintiff's prior pleadings.

17
18                                      Respectfully submitted,

Dated: October  20 , 2010            ROSEN, BIEN & GALVAN, LLP
19

20                                      By     /s/ Lisa Ells (*As authorized on 10/20/10)
                                            Sanford Jay Rosen
21                                          Ernest Galvan
                                            Lisa Ells
22                                          Leslie Mehta
                                            Attorneys for Plaintiffs JOHN PRUITT;
23                                          JOHN PRUITT, JR., a minor, by and
                                            through his Guardian Ad Litem, his
24                                          custodial parent John Pruitt; PHILLIP
                                            PRUITT, a minor, by and through his
25                                          Guardian Ad Litem, his custodial parent
                                            John Pruitt; MICHAEL PRUITT, a minor,
26                                          by and through his Guardian Ad Litem, his
                                            custodial parent John Pruitt; ISAIAH
27                                          PRUITT, a minor, by and through his
                                            Guardian Ad Litem, his custodial parent
28                                          John Pruitt; DARRYL BERG

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

2
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME IN WHICH TO FILE RESPONSE
00835070.WPD

1

2   Dated: October _20_, 2010                PORTER SCOTT
                                             A PROFESSIONAL CORPORATION
3

4                                            By ____/s/ Kevin M. Kreutz_____
                                                  Terence J. Cassidy
5                                                 Stephen E. Horan
                                                  Kevin M. Kreutz
6                                                 Attorneys for Defendants COUNTY OF
                                                  SACRAMENTO, JOHN McGINNESS,
7                                                 SANTOS RAMOS, BRAD ROSE,
                                                  RANDY MOYA, JACQUELINE KLOSS,
8                                                 KEVIN STEED, STEVE WHARTON,
                                                  TIMOTHY RUIZ, THOMAS LYNN, and
9                                                 CRAIG HARMON

10  Dated: October _20_, 2010                LONGYEAR, O'DEA AND LAVRA, LLP

11

12                                           By ____/s/ Amy B. Lindsey-Doyle____
                                                  John A. Lavra
13                                                Jeri L. Pappone
                                                  Amy B. Lindsey-Doyle
14                                                Attorneys for Defendant Sean Berry

15       **IT IS SO ORDERED.**

16

17

18  Dated:  October 21, 2010

19       _____
         WILLIAM B. SHUBB
20       UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

3

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME IN WHICH TO FILE RESPONSE**

00835070.WPD