**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Stephen E. Horan, SBN 125241
Kevin M. Kreutz, SBN 264654
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SACRAMENTO, JOHN McGINNESS, SANTOS RAMOS, BRAD ROSE, RANDY MOYA, JACQUELINE KLOSS, KEVIN STEED, STEVE WHARTON, TIMOTHY RUIZ, THOMAS LYNN, and CRAIG HARMON
*Public entity exempt from filing fee pursuant to Gov't Code Section 6103*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PRUITT; JOHN PRUITT, JR., a minor, by and through his Guardian Ad Litem, his custodial parent John Pruitt; PHILLIP PRUITT, a minor, by and through his Guardian Ad Litem, his custodial parent John Pruitt; MICHAEL PRUITT, a minor, by and through his Guardian Ad Litem, his custodial parent John Pruitt; ISAIAH PRUITT, a minor, by and through his Guardian Ad Litem, his custodial parent John Pruitt; DARRYL BERG,<br><br>Plaintiffs,<br>v.<br><br>COUNTY OF SACRAMENTO; Sacramento County Sheriff's Department Sheriff JOHN McGINNESS; Sergeant SANTOS RAMOS; Detective SEAN BERRY; Detective BRAD ROSE; Detective RANDY MOYA; Detective JACQUELINE KLOSS; Detective KEVIN STEED; Detective STEVE WHARTON; Probation Officer TIMOTHY RUIZ; Deputy THOMAS LYNN; Deputy CRAIG HARMON; and DOES 1-100, inclusive,<br><br>Defendants.<br>_____/ | Case No.: 2:10-cv-00416-WBS-KJN<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING EXPERT DISCLOSURE DEADLINE**<br><br><br>Complaint filed: 2/18/10<br>First Amended: 5/4/10<br>Second Amended: 10/4/10 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs JOHN PRUITT; JOHN PRUITT, JR., a minor, by and through his Guardian Ad Litem, his custodial parent John Pruitt; PHILLIP PRUITT, a minor, by and through his Guardian Ad Litem, his custodial parent John

1
**STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCLOSURE DEADLINE**
00860612.WPD

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

1  Pruitt; MICHAEL PRUITT, a minor, by and through his Guardian Ad Litem, his custodial parent
2  John Pruitt; ISAIAH PRUITT, a minor, by and through his Guardian Ad Litem, his custodial parent
3  John Pruitt; DARRYL BERG, and Defendants COUNTY OF SACRAMENTO; Sacramento County
4  Sheriff's Department Sheriff JOHN McGINNESS; Sergeant SANTOS RAMOS; Detective SEAN
5  BERRY; Detective BRAD ROSE; Detective RANDY MOYA; Detective JACQUELINE KLOSS;
6  Detective KEVIN STEED; Detective STEVE WHARTON; Probation Officer TIMOTHY RUIZ;
7  Deputy THOMAS LYNN; Deputy CRAIG HARMON (collectively "Defendants"); by and through
8  their respective counsel, that given the current status of case and successive motions to dismiss filed
9  by all Defendants which have placed the pleadings at issue, the time within which all parties must
10 disclose experts and produce expert reports pursuant to Rule 26(a)(2) of the Federal Rules of Civil
11 Procedure be extended from March 1, 2011 to and including a new deadline of May 15, 2011.

Respectfully submitted,

Dated: January 21, 2010          ROSEN, BIEN & GALVAN, LLP

By  /s/ Lisa Ells (*As authorized on 01/20/11)
    Sanford Jay Rosen
    Ernest Galvan
    Lisa Ells
    Leslie Mehta
    Attorneys for Plaintiffs JOHN PRUITT; JOHN PRUITT, JR., a minor, by and through his Guardian Ad Litem, his custodial parent John Pruitt; PHILLIP PRUITT, a minor, by and through his Guardian Ad Litem, his custodial parent John Pruitt; MICHAEL PRUITT, a minor, by and through his Guardian Ad Litem, his custodial parent John Pruitt; ISAIAH PRUITT, a minor, by and through his Guardian Ad Litem, his custodial parent John Pruitt; DARRYL BERG

Dated: January 21, 2010          PORTER SCOTT
                                 A PROFESSIONAL CORPORATION

By  /s/ Kevin M. Kreutz
    Terence J. Cassidy
    Stephen E. Horan
    Kevin M. Kreutz
    Attorneys for Defendants COUNTY OF

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

2
**STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCLOSURE DEADLINE**
00860612.WPD

| | |
|---|---|
| | SACRAMENTO, JOHN McGINNESS, SANTOS RAMOS, BRAD ROSE, RANDY MOYA, JACQUELINE KLOSS, KEVIN STEED, STEVE WHARTON, TIMOTHY RUIZ, THOMAS LYNN, and CRAIG HARMON |
| Dated: January 21, 2010 | LONGYEAR, O'DEA AND LAVRA, LLP |
| | By   /s/ Amy B. Lindsey-Doyle<br>        John A. Lavra<br>        Jeri L. Pappone<br>        Amy B. Lindsey-Doyle<br>        Attorneys for Defendant Sean Berry |

**IT IS SO ORDERED.**

Dated: January 21, 2011

*(signature)*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCLOSURE DEADLINE**

00860612.WPD

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com