1  SANFORD JAY ROSEN – 62566
   ERNEST GALVAN – 196065
2  LISA ELLS – 243657
3  ROSEN, BIEN & GALVAN, LLP
   315 Montgomery Street, 10th Floor
4  San Francisco, California  94104-1823
   Telephone:   (415) 433-6830
5  Facsimile:    (415) 433-7104

6
   GERI LYNN GREEN – 127709
7  LAW OFFICES OF GERI LYNN GREEN, LC
   155 Montgomery Street, Suite 901
8  San Francisco, California  94104-4166
9  Telephone:   (415) 982-2600
   Facsimile:    (415) 358-4562
10
   Attorneys for Plaintiffs
11

12               IN THE UNITED STATES DISTRICT COURT

13             FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14  JOHN PRUITT; JOHN PRUITT, JR., a minor, by and through his Guardian Ad Litem, his custodial parent John Pruitt; PHILLIP PRUITT, a minor, by and through his Guardian Ad Litem, his custodial parent John Pruitt; MICHAEL PRUITT, a minor, by and through his Guardian Ad Litem, his custodial parent John Pruitt; ISAIAH PRUITT, a minor, by and through his Guardian Ad Litem, his custodial parent John Pruitt; DARRYL BERG; and DEBRA BERG,<br><br>          Plaintiffs,<br><br>     v.<br><br>COUNTY OF SACRAMENTO; Sacramento County Sheriff's Department Sheriff JOHN McGINNESS; Sergeant SANTOS RAMOS; Detective SEAN BERRY; Detective BRAD ROSE; Detective RANDY MOYA; Detective JACQUELINE KLOSS; Detective KEVIN STEED; Detective STEVE WHARTON; Probation Officer TIMOTHY RUIZ; Deputy THOMAS LYNN; Deputy CRAIG HARMON; and DOES 1-100, inclusive,<br><br>          Defendants. | Case No. 10-CV-00416-WBS-KJN<br><br>**PETITION AND [~~PROPOSED~~] ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |

Petitioner, Michael Pruitt, states as follows:

1. I am a minor of the age of 13 years.

2. I have filed an action in the Court against defendants COUNTY OF SACRAMENTO; Sacramento County Sheriff's Department Sheriff JOHN McGINNESS; Sergeant SANTOS RAMOS; Detective SEAN BERRY; Detective BRAD ROSE; Detective RANDY MOYA; Detective JACQUELINE KLOSS; Detective KEVIN STEED; Detective STEVE WHARTON; Probation Officer TIMOTHY RUIZ; Deputy THOMAS LYNN; Deputy CRAIG HARMON; and DOES 1-100, for defendants' and each of their involvement in the deprivation of my liberty interest in the continued companionship and society of my father as guaranteed by the Fourteenth Amendment to the Constitution of the United States.

3. I have no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

4. John Pruitt, my natural father, whose address is 7405 Greenback Lane #312, Citrus Heights, CA 95610, is a competent and responsible person, and fully competent to act as my guardian ad litem.

5. John Pruitt is willing to act as guardian ad litem for petitioner, as appears by his consent attached hereto.

WHEREFORE, petitioner moves this Court for an order appointing JOHN PRUITT as guardian ad litem of petitioner for the purpose of bringing this action against defendants COUNTY OF SACRAMENTO; Sacramento County Sheriff's Department Sheriff JOHN McGINNESS; Sergeant SANTOS RAMOS; Detective SEAN BERRY; Detective BRAD ROSE; Detective RANDY MOYA; Detective JACQUELINE KLOSS; Detective KEVIN STEED; Detective STEVE WHARTON; Probation Officer TIMOTHY RUIZ; Deputy THOMAS LYNN; Deputy CRAIG HARMON; and DOES 1-100, on the claim hereinabove stated.

///
///
///
///

I, Michael Pruitt, verify that I have read the foregoing petition and know the contents thereof, and state that the statements therein are true and correct of my own personal knowledge. This declaration was made this 15th day of May, 2010, at Loomis, California.

                                                      */s/ Michael Pruitt*
                                                      MICHAEL PRUITT

### CONSENT OF NOMINEE

I, John Pruitt, the nominee of the Petitioner, consent to act as guardian ad litem for the minor petitioner in the above action.

Dated: May 15, 2010                                     */s/ John Pruitt*
                                                        JOHN PRUITT

Dated: May 26, 2010                                     Respectfully submitted,

                                                            ROSEN, BIEN & GALVAN, LLP

                                                        By:  */s/ Ernest Galvan*
                                                                  Ernest Galvan
                                                                  Attorneys for Plaintiffs

### ORDER

The petition for an order appointing John Pruitt as guardian ad litem for petitioner Michael Pruitt is GRANTED

     IT IS SO ORDERED.

     Dated: August 23, 2011

                                                  WILLIAM B. SHUBB
                                                  UNITED STATES DISTRICT JUDGE