1  SANFORD JAY ROSEN – 062566
   ERNEST GALVAN – 196065
2  LISA ELLS – 243657
   ROSEN, BIEN & GALVAN, LLP
3  315 Montgomery Street, Tenth Floor
   San Francisco, California 94104-1823
4  Telephone:  (415) 433-6830
   Facsimile:  (415) 433-7104
5
   GERI LYNN GREEN – 127709
6  LAW OFFICES OF GERI LYNN GREEN, LC
   155 Montgomery Street, Suite 901
7  San Francisco, California 94104-4166
   Telephone:  (415) 982-2600
8  Facsimile:  (415) 358-4562

9  Attorneys for Plaintiffs

10               UNITED STATES DISTRICT COURT

11               EASTERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| JOHN PRUITT; JOHN PRUITT, JR., a minor, by and through his Guardian Ad Litem, his custodial parent John Pruitt; PHILLIP PRUITT, a minor, by and through his Guardian Ad Litem, his custodial parent John Pruitt; MICHAEL PRUITT, a minor, by and through his Guardian Ad Litem, his custodial parent John Pruitt; ISAIAH PRUITT, a minor, by and through his Guardian Ad Litem, his custodial parent John Pruitt; and DARRYL BERG,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO; Sacramento County Sheriff's Department Sheriff JOHN McGINNESS; Sergeant SANTOS RAMOS; Detective SEAN BERRY; Detective BRAD ROSE; Detective RANDY MOYA; Detective JACQUELINE KLOSS; Detective KEVIN STEED; Detective STEVE WHARTON; Probation Officer TIMOTHY RUIZ; Deputy THOMAS LYNN; Deputy CRAIG HARMON; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 10-CV-00416-WBS-KJN<br><br>**ORDER TO DEPOSIT MONEY INTO BLOCKED ACCOUNT FOR <u>JOHN PRUITT, JR</u>** |

[546512-1]

[PROPOSED] ORDER TO DEPOSIT MONEY INTO BLOCKED ACCOUNT FOR JOHN PRUITT, JR

1  On August 31, 2011, this Court approved the Minor's Compromise of the above-
2  captioned matter on behalf of the minor JOHN PRUITT, JR., in the amount of $2,500, to
3  be deposited in a separate blocked account.  (Docket No. 86.)
4  The Court therefore orders that:
5  1. JOHN PRUITT as guardian ad litem of JOHN PRUITT, JR. is directed to
6  deposit funds in a blocked account.
7  2. Money that belongs to JOHN PRUITT, JR. shall be deposited in an interest-
8  bearing, federally incurred blocked account or accounts.
9  3. Each account shall indicate the name of the minor or other person who owns
10  the account.
11  4. The total amount authorized for deposit is $2,500, plus any accrued interest.
12  5. The blocked account or accounts belong to a minor.  The minor was born on
13  December 14, 1993.  No withdrawals of principal or interest shall be made from the
14  blocked account or accounts without a written order under this case name and number,
15  signed by a judge, until the minor attains the age of 18 years.  When the minor attains the
16  age of 18 years, the deposit, without further order of this Court, is authorized and directed
17  to pay by check or draft directly to the former minor, upon proper demand, all moneys
18  including interest deposited under this order.  The money on deposit is not subject to
19  escheat.
20  6. The guardian ad litem, JOHN PRUITT, or his attorney, shall deliver a copy
21  of this order to each depository in which funds are deposited under this order, and receipt
22  from the depository shall be promptly filed with the Court acknowledging receipt of the
23  funds deposited and the order for deposit of the funds.
24  IT IS SO ORDERED.
25  DATED:  September 9, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[546512-1]

1
[PROPOSED] ORDER TO DEPOSIT MONEY INTO BLOCKED ACCOUNT FOR JOHN PRUITT, JR